THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 19-174-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING TRIAL AND PRETRIAL DEADLINES |
| JESUS RAMON SANCHEZ-ALVAREZ, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion requesting an extension of the trial date and deadline for pretrial motions and the record in this case. The Court finds that the requested extension is reasonable and necessary and that the ends of justice will be served by ordering an extension of the trial date and time in which to file pretrial motions.

IT IS THEREFORE ORDERED that the trial will be continued from November 18, 2019 to February 10, 2020. Further, the Court ORDERS that the pretrial deadline in this case will be December 5, 2019.

DONE this 15th day of October, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*USA v. Sanchez-Alvarez*; CR19-174RSM) - 1

**VITEK LAW LLC**
**1700 Seventh Ave, Suite 2100**
**Seattle, Washington 98101**
**(206) 673-2800**